IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* BARBARA BERNIER,

        Plaintiff,

v.

INFILAW CORPORATION, a Florida
Corporation, and CHARLOTTE SCHOOL
OF LAW, LLC, a foreign limited liability
company,

        Defendants.

_____/

Case No. 6:16-cv-970-Orl-37DAB

**FILED UNDER SEAL**

## ORDER

Upon consideration of the United States' Unopposed *Ex Parte* Application for Extension

of Time to Intervene and Concurrent Extension of the Seal in this *qui tam* action, and finding

good cause shown, it is hereby:

**ORDERED** that the United States' Unopposed *Ex Parte* Application for Extension of

Time to Intervene and Concurrent Extension of the Seal is **GRANTED**;

**ORDERED** that the United States shall notice its election to intervene or otherwise

participate in this case no later than February 13, 2017;

**ORDERED** that the complaint, docket entries, and all related filings, including the

United States' Application, shall remain under seal, except as ordered by this Court.

**IT IS SO ORDERED** this 15 day of August 2016.

Roy B. Dalton, Jr.
United States District Judge

S-10

cc:    AUSA Jeremy R. Bloor
300 West Washington Street, Suite 3100
Orlando, FL 32801

Coleman W. Watson, Esq.
Watson, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801