IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* BARBARA BERNIER,

    Plaintiff,

v.

INFILAW CORPORATION, a Florida
Corporation, and CHARLOTTE SCHOOL
OF LAW, LLC, a foreign limited liability
company,

    Defendants.

_____/

Case No. 6:16-cv-970-Orl-37DAB

**FILED UNDER SEAL**

## UNITED STATES' SECOND UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO INTERVENE AND CONCURRENT EXTENSION OF THE SEAL

For the reasons set forth in the accompanying memorandum of law,[1] the United States of America respectfully applies for an *ex parte* order under the False Claims Act, as amended, 31 U.S.C. § 3730(b)(3), extending for six months, until August 14, 2017, the time during which the United States may consider intervening in the above-captioned *qui tam* action and during which time the government requests that the complaint and related filings remain under seal, except as ordered by this Court. Relator's counsel concurs with the United States' request.

---

[1] Local Rule 3.01(a) requires that a motion and supporting memorandum of law be filed in a single document not to exceed twenty-five pages. Because the memorandum supporting this application contains protected work-product information of the United States, it is not served on Relator, and the application and memorandum therefore are being filed separately. Accordingly, the United States respectfully requests that the provisions of Local Rule 3.01(a) be waived with respect to these filings.

Dated: February 3rd, 2017

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General
Civil Division

A. LEE BENTLEY, III
United States Attorney

By: *(signed)*
JEREMY R. BLOOR
Assistant United States Attorney
Florida Bar No. 0071497
Office of the United States Attorney
For the Middle District of Florida
300 West Washington Street, Suite 3100
Orlando, FL 32801
Tel. (407) 648-7514
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

MICHAEL GRANSTON
ALLISON CENDALI
ANDREW BRAVER
Attorneys, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1789
Fax: (202) 307-3852
Andrew.E.Braver@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2017, true and correct copies of the foregoing United States' Second Unopposed *Ex Parte* Application for Extension of Time to Intervene and Concurrent Extension of the Seal and proposed order were served by first-class mail, postage pre-paid, on the following counsel of record:

Coleman W. Watson, Esq.
Watson, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801

_____
Jeremy R. Bloor
Assistant United States Attorney

3