IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* BARBARA BERNIER,

    Plaintiff,

v.

INFILAW CORPORATION, a Florida
Corporation, and CHARLOTTE SCHOOL
OF LAW, LLC, a foreign limited liability
company,

    Defendants.
_____/

Case No. 6:16-cv-970-Orl-37DAB

**FILED UNDER SEAL**

## ORDER

Upon consideration of the United States' Second Unopposed *Ex Parte* Application for Extension of Time to Intervene and Concurrent Extension of the Seal in this *qui tam* action, and finding good cause shown, it is hereby:

**ORDERED** that the United States' Second Unopposed *Ex Parte* Application for Extension of Time to Intervene and Concurrent Extension of the Seal is **GRANTED**;

**ORDERED** that the United States shall notice its election to intervene or otherwise participate in this case no later than August 14, 2017;

**ORDERED** that the complaint, docket entries, and all related filings, including the United States' Application, shall remain under seal, except as ordered by this Court.

IT IS SO ORDERED this 3rd day of February 2017.

Roy B. Dalton, Jr.
United States District Judge

S-13

cc:     AUSA Jeremy R. Bloor
        300 West Washington Street, Suite 3100
        Orlando, FL 32801

        Coleman W. Watson, Esq.
        Watson, LLP
        121 S. Orange Avenue, Suite 1500
        Orlando, FL 32801