FILED

2017 AUG 14 PH 2:57

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* BARBARA BERNIER,

    Plaintiff,

vs.

INFILAW CORPORATION,
a Florida corporation; and
CHARLOTTE SCHOOL OF LAW, LLC,
a foreign limited liability company,

    Defendants.

_____/

Case No. 6:16-cv-970-ORL-37DAB

FILED UNDER SEAL
31 U.S.C. § 3730(b)

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

By this Notice, the government respectfully informs the Court that its investigation into the Relator's allegations in this matter is not yet complete and that the United States is unable to decide whether to proceed with the action based upon the information that is presently in hand. Accordingly, the United States hereby notifies the Court that it is not intervening at this time and that the government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

5-14

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all pleadings filed in this action be served upon it. The United States also requests that orders issued by the Court be sent to the government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the United States respectfully requests that this Court unseal the Complaint, this Notice, any order acting upon the Notice, and all papers and pleadings filed after the entry of such order. The United States is filing herewith a motion to maintain the seal over all other earlier-filed pleadings (specifically docket entries S-2, S-3, S-4, S-5, S-7, and S-8).

Dated: August 14, 2017

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
JEREMY R. BLOOR
Assistant United States Attorney
Florida Bar No. 0071497
Office of the United States Attorney
For the Middle District of Florida
400 West Washington Street, Suite 3100
Orlando, FL 32801
Tel. (407) 648-7514
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

MICHAEL GRANSTON
ALLISON CENDALI
ANDREW BRAVER
Attorneys, Civil Division

Commercial Litigation Branch
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1789
Fax: (202) 307-3852
Andrew.E.Braver@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2017, true and correct copies of the foregoing United States' Notice of No Decision Regarding Intervention At This Time was served by first-class mail, postage pre-paid, on the following counsel of record:

Coleman W. Watson, Esq.
Watson, LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801

_____
Jeremy R. Bloor
Assistant United States Attorney