UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA ex rel.
BARBARA BERNIER,

Plaintiff,

v.                                                    Case No. 6:16-cv-970-Orl-37DAB

INFILAW CORPORATION; and
CHARLOTTE SCHOOL OF LAW, LLC,

Defendants.

## ORDER

This cause is before the Court on the United States' unopposed motion to maintain portions of the record under seal. (S-Doc. 15 ("**Motion**").) For the reasons set forth below, the Court finds that the Motion is due to be granted.

On June 6, 2016, Relator Barbara Bernier ("the Relator") initiated this *qui tam* action under the False Claims Act ("FCA"). (S-Doc. 1.) Shortly thereafter, the Court granted the Relator's motion to file the following items under seal: (1) the Complaint (S-Doc. 1); (2) the Relator's Certificate of Interested Persons (S-Doc. 2); and (3) the Relator's Notice of Pendency of Other Actions (S-Doc. 3). (S-Doc. 5 ("**June 14, 2016 Order**").) In the same Order, the Court also directed the Clerk to seal: (1) the Relator's motion to seal the foregoing documents (S-Doc. 4 ("**First Motion to Seal**")); and (2) the June 14, 2016 Order. (*Id.*)

On August 1, 2016, the seal was partially lifted to allow the United States, within its discretion, to disclose the Complaint and related filings to Defendants, defense counsel, similar relators, and courts presiding over similar actions. (S-Doc. 7 ("**August 1, 2016 Order**").) The seal was later extended twice on the Government's motion. (*E.g.*, S-Doc. 8 ("**First Motion to Extend Time**"); *see also* S-Docs. 10, 11, 13.)

In the present Motion, the Government requests that the Court maintain the Relator's Certificate of Interested Persons, the Relator's Notice of Pendency of Other Actions, the First Motion to Seal, the June 14, 2016 Order, the August 1, 2016 Order, and the First Motion to Extend Time under seal.[1] (S-Doc. 15.) As grounds, the Government maintains that "this information should be kept confidential because it pertains to the [G]overnment's investigatory techniques, decision-making processes," and the existence of ongoing, related investigations and "may be fairly said to detail the [G]overnment's process of deliberation in investigating and determining whether to intervene in the instant *qui tam* action." (*Id.* at 1, 3.) According to the Government, "[t]he disclosure of such confidential information could potentially jeopardize [its] ability to prosecute fraud in other FCA cases, insofar as it would alert defendants to [its] investigative methods, strategy[,] and thought processes." (*Id.* at 3.) Upon consideration, the Court finds that the Motion satisfies the requirements of Local Rule 1.09 and is due to be granted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The United States' Unopposed Motion to Maintain Portions of the Record

---

[1] The United States does not object to the remainder of the case being unsealed. (S-Doc. 15, p. 6.)

Under Seal (S-Doc. 15) is GRANTED.

2. In accordance with Local Rule 1.09(b), the Clerk is DIRECTED to file and maintain the following documents under seal pending further Court Order—(a) the Relator's Certificate of Interested Persons (S-Doc. 2); (b) the Relator's Notice of Pendency of Other Actions (S-Doc. 3); (c) the Relator's Motion to File Complaint, Certificate of Interested Persons, Notice of Pendency of Other Actions Under Seal (S-Doc. 4); (d) the Court's Order dated June 14, 2016 (S-Doc. 5); (e) the Court's Order dated August 1, 2016 (S-Doc. 7); and (f) the United States' *Ex Parte* Application for Extension of Time to Intervene and Concurrent Extension of the Seal (S-Doc. 8). No additional motion is required to effect the seal.

3. The Clerk is DIRECTED to unseal all other documents in this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 14, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record