UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

    Plaintiffs,

v.                                       Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

    Defendants.

## ORDER

This case comes before the Court on Defendants InfiLaw Corporation and Charlotte School of Law, LLC's Unopposed Motion for Mazda K. Antia to Appear Pro Hac Vice for Defendants (Doc. 26). The Court has reviewed the motion and finds that Mr. Antia meets the requirements of M.D. FLA. R. 2.02(a). Accordingly, the motion is **GRANTED** and Mr. Antia is admitted to appear *pro hac vice* on behalf of Defendants. Mr. Antia is affiliated with Cooley, 4401 Eastgate Mall, San Diego, California 92121-1909.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). Within ten days of the date of this Order, Mr. Antia shall register to participate and docket in CM/ECF or show cause in writing within that time frame why he is unable to participate.[1]

Any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general,

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. FLA. R. 2.02(c).

Attorney Vincent A. Citro, a member of the bar of this Court with offices at 17 East Pine Street, Orlando, Florida 32801 has consented to the designation of local counsel. He shall accept service of all notices and papers on behalf of Defendants and is responsible for the progress of the case, including the trial, in default of the non-resident attorney.

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties