UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

    Plaintiffs,

v.                                    Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

    Defendants.

## ORDER

This case comes before the Court on Defendants InfiLaw Corporation and Charlotte School of Law, LLC's Unopposed Motion for David Mills to Appear Pro Hac Vice for Defendants (Doc. 26). The Court has reviewed the motion and finds that Mr. Mills has not satisfied the requirements of M.D. Fla. R. 2.02(a). The requirements for admission *pro hac vice* include that the applicant be "a member in good standing of the bar of any District Court of the United States." Id. Mr. Mills has not demonstrated that he meets this requirement. Accordingly, the motion is **DENIED without prejudice.**

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2017.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties