UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

       Plaintiffs,

   v.

Case No. 6:16-cv-00970-ORL-RBD-TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

       Defendants.

**JOINT MOTION TO ALLOW COUNSEL TO CONFER
TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**

Plaintiff-Relator, Barbara Bernier, and Defendants, InfiLaw Corporation and Charlotte School of Law, LLC (hereafter "Defendants"), by and through their undersigned counsel, hereby jointly move this Court to allow counsel to confer telephonically in place of an in person meeting for the purposes of conducting the case management conference, and, in support thereof, state as follows:

1.    On September 25, 2017, the Court issued its Related Case Order and Track Two Notice (Doc. 32). Pursuant to that Order and M.D. Fla. R. 3.05(c)(2)(B), the deadline for counsel to conduct a case management conference in person is October 2, 2017.

2.    Given that counsel for Plaintiff-Relator is located in Orland Florida, and lead counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC is located in Washington D.C., in the interests of judicial efficiency and administration, the undersigned respectfully request an order allowing counsel to confer via telephone for the purposes of conducting the case management conference.

3.    Should the Court allow the parties to meet telephonically, the parties will promptly confer and file their case management report as required by the Court's Related

151425021 v1                     1.

Case Order and Track Two Notice (Doc. 32).

WHEREFORE, it is respectfully requested that this Court enter an order allowing counsel to meet telephonically for purposes of conducting the case management conference.

### **Rule 3.01(g) Certification**

The undersigned counsel for Defendants certifies that, pursuant to Local Rule 3.01(g), he has conferred with all counsel of record in this action and has been advised that there are no objections to the relief requested in this motion.

Respectfully submitted,

*/s/ Coleman W. Watson*
Coleman W. Watson, Esq.
WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com

Alberto T. Montequin, Esq.
Florida Bar No. 0093795
Email: alberto@watsonllp.com
Ronika J. Carter, Esq.
Florida Bar No. 0122358
Email: ronika@watsonllp.com
WATSON LLP
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

Attorneys for Relator,
BARBARA BERNIER

*/s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar No. 0468657
Law Offices of Mark L. Horwitz, P.A.
17 East Pine Street
Orlando, FL 32801
Tel: (407) 843-7733
Fax: (407) 849-1321
Email: vince@mlhorwitzlaw.com

David Mills (Pro Hac Vice)
COOLEY LLP
1299 Pennsylvania Avenue
Washington, DC 20004-2400
Tel: 202-842-7800
Fax: 202-842-7899
Email: dmills@cooley.com

MAZDA K. ANTIA (PRO HAC VICE)
COOLEY LLP
4401 EASTGATE Mall
SAN DIEGO, CA 92121
TEL: 858-550-6000
FAX: 858-550-6420

Counsel for Defendants