UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

      Plaintiffs,

v.                                     Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

      Defendants.

_____

**ORDER**

The parties' Joint Motion to Allow Counsel to Confer Telephonically for Case Management Conference (Doc. 34) is **GRANTED**. The parties may confer telephonically to prepare their case management report. If the parties are unable to agree on all matters to be included in the report, then the Court may require an in-person meeting of counsel to attempt, in good faith, to resolve all disagreements.

**DONE** and **ORDERED** in Orlando, Florida on September 29, 2017.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record