IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, ex rel.,
BARBARA BERNIER,

        Plaintiff,

v.

INFILAW CORPORATION;
CHARLOTTE SCHOOL OF LAW, LLC,

        Defendants.

Case No.  6:16-cv-00970-RBD-TBS

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT INFILAW CORPORATION

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   > InfiLaw Corporation is a wholly-owned subsidiary of InfiLaw Holding, LLC.
   > InfiLaw Corporation is the parent corporation for the following entities:
   >> Charlotte School of Law, LLC
   >> CSOL Holding, LLC
   >> Arizona Summit Law School, LLC
   >> Florida Coastal School of Law, Inc.
   >> Inspiras Management Services, LLC
   >> Inspiras Marketing Services, LLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   > None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   None

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   United States of America.

5. Check one of the following:

___X___     I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____    I certify that I am are of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: October 10, 2017                    Respectfully submitted,

                      */s/ David Mills*
                      **Vincent A. Citro, Esq.**
Florida Bar. No. 0468657
**LAW OFFICES OF MARK L. HORWITZ, P.A.**
17 East Pine Street
Orlando, FL 32801
Tel: (407) 843-7733
Fax: (407) 849-1321
Email: vince@mlhorwitzlaw.com

**David Mills, Esq.**
**COOLEY LLP**
1299 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: dmills@cooley.com
*Admitted Pro Hac Vice*

**Mazda K. Antia, Esq.**
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Tel: 858-550-6000
Fax: 858-550-6420
Email: mantia@cooley.com

*Attorneys for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*