IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., BARBARA BERNIER,<br><br>               Plaintiff,<br><br>      v.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC,<br><br>               Defendants. | Case No.  6:16-cv-00970-RBD-TBS |

**CONSENT MOTION FOR LEAVE FOR DEFENDANTS
INFILAW CORPORATION AND CHARLOTTE SCHOOL OF LAW, LLC
TO FILE JOINT MOTION TO DISMISS IN EXCESS OF 25 PAGES**

Defendants InfiLaw Corporation ("InfiLaw") and Charlotte School of Law, LLC ("CSL") (collectively, "Defendants"), through counsel and pursuant to Local Rule 3.01, respectfully move the Court for leave to submit one combined Motion to Dismiss Plaintiff's Complaint and to allow that Motion to be up to 40 pages long.  In support Defendants state:

1.     Defendants' response to Plaintiff's *qui tam* Complaint is due on October 26, 2017.  Dkt. No. 25.

2.     Defendants intend to file a motion to dismiss the Complaint.  Local Rule 3.01(a) allows InfiLaw and CSL to file separate motions of up to 25 pages each.

3.     The Complaint makes allegations that spread across a broad spectrum of topics over the course of six years and the facts and events alleged in Plaintiff's Complaint

about InfiLaw and CSL are highly intertwined.  Moreover, the legal issues underlying a request for dismissal are predominantly the same among the Defendants.

4.      Accordingly, Defendants believe that a Joint Motion to Dismiss is the most efficient way to present their arguments.  Thus, instead of filing two separate motions to dismiss and supporting memoranda under the Local Rules' 25-page limitation (Loc. R. 3.01(a)), Defendants request permission to file a single Joint Motion of no more than 40 pages.

5.      Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has consented to the relief sought in this Motion.

Therefore, Defendants move the Court to enter an Order allowing them to file a joint Motion to Dismiss and Supporting Memorandum of Law pursuant to Rule 12(b)(6), and to permit that Motion to be up to 40 pages long.

Dated: October 20,  2017                           Respectfully submitted,

                                                   /s/Mazda K. Antia
                                                   **David Mills, Esq.**
                                                   **COOLEY LLP**
                                                   1299 Pennsylvania Avenue
                                                   Washington, D.C. 20004
                                                   Tel: (202) 842-7800
                                                   Fax: (202) 842-7899
                                                   Email: dmills@cooley.com

                                                   **Mazda K. Antia, Esq.**
                                                   **COOLEY LLP**
                                                   4401 Eastgate Mall
                                                   San Diego, CA 92121
                                                   Tel: 858-550-6000
                                                   Fax: 858-550-6420
                                                   Email: mantia@cooley.com

**Vincent A. Citro, Esq.**
Florida Bar. No. 0468657
**LAW OFFICES OF MARK L.
HORWITZ, P.A.**
17 East Pine Street
Orlando, FL 32801
Tel: (407) 843-7733
Fax: (407) 849-1321
Email: vince@mlhorwitzlaw.com

*Counsel for Defendants InfiLaw Corporation and
Charlotte School of Law, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Wilmington, DE  19808

*Counsel for Plaintiff Barbara Bernier*


Jeremy Ronald Bloor
US Attorney's Office
Suite 3100
400 W Washington St
Orlando, FL 32801


*Counsel for United States of America*


<u>Mazda K. Antia</u>
Mazda K. Antia
*Counsel for Defendants*