Leia V. Leitner, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
leia@watsonllp.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.*, BARBARA BERNIER,<br><br>Plaintiff,<br><br>vs.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC,<br><br>Defendants. | Case No.: 6:16-cv-00970-RBD-TBS<br><br>**NOTICE OF APPEARANCE** |

LEIA V. LEITNER, ESQ., from the law firm of WATSON LLP, hereby files this notice of appearance as counsel on behalf of Relator, Barbara Bernier, in the above-captioned matter. The undersigned requests to be added as counsel of record for Relator, and henceforth be served with a copy of all record activity in this proceeding.

**DATED** on November 6, 2017

                                           Respectfully submitted,

                                           */s/ Leia Leitner*
                                           **Coleman W. Watson, Esq.**

NOTICE OF APPEARANCE- 1
Case No.: 6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

1

2   Florida Bar. No. 0087288

3   California Bar No. 266015
    Georgia Bar No. 317133

4   New York Bar No. 4850004
    Email: coleman@watsonllp.com

5         docketing@watsonllp.com
    **Alberto T. Montequin, Esq.**

6   Florida Bar No. 0093795
    Email: ronika@watsonllp.com

7   **Ronika J. Carter, Esq.**
    Florida Bar No. 0122358

8   Email: ronika@watsonllp.com
    **Leia V. Leitner, Esq.**

9   Florida Bar. No. 0105621
    Email: leia@watsonllp.com

10

11  **WATSON LLP**
    189 S. Orange Avenue

12  Suite 810
    Orlando, FL 32801

13  Tel: (407) 377-6634 / Fax: (407) 377-6688

14  *Attorneys for Relator,*
    BARBARA BERNIER

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE- 2
Case No.: 6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 6, 2017, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

**LAW OFFICES OF MARK L. HORWITZ, P.A.**
**Vincent A. Citro, Esq.**
17 East Pine Street
Orlando, FL 32801
Email: vince@mlhorwitzlaw.com

**COOLEY, LLP**
**David Mills, Esq.**
1299 Pennsylvania Avenue
Washington, D.C. 20004
Email: dmills@cooley.com
*Admitted Pro Hac Vice*

**COOLEY, LLP**
**Mazda K. Anita, Esq.**
4401 Eastgate Mall
San Diego, CA 92121
Email: mantia@cooley.com
*Admitted Pro Hac Vice*

    */s/ Leia Leitner*
    Leia V. Leitner, Esq.

NOTICE OF APPEARANCE- 3
Case No.:  6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688