Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.*, BARBARA BERNIER, <br><br> Plaintiff, <br><br> vs. <br><br> INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC, <br><br> Defendants. | Case No.: 6:16-cv-00970-RBD-TBS <br><br> **NOTICE OF MEDIATION** |

Relator, BARBARA BERNIER, and Defendants, INFILAW CORPORATION and CHARLOTTE SCHOOL OF LAW, LLC, pursuant to the case management and scheduling order, Doc. 43 at 11, hereby give notice that mediation has been scheduled in this action for April 3, 2019, before mediator JAY COHEN.

**DATED** on November 6, 2017

                                                    Respectfully submitted,

                                                  */s/ Coleman Watson*
                                                  **Coleman W. Watson, Esq.**

NOTICE OF MEDIATION- 1
Case No.: 6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com
**Alberto T. Montequin, Esq.**
Florida Bar No. 0093795
Email: ronika@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar. No. 0105621
Email: leia@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Relator,*
BARBARA BERNIER

NOTICE OF MEDIATION- 2
Case No.: 6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2017, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

**LAW OFFICES OF MARK L. HORWITZ, P.A.**
**Vincent A. Citro, Esq.**
17 East Pine Street
Orlando, FL 32801
Email: vince@mlhorwitzlaw.com

**COOLEY, LLP**
**David Mills, Esq.**
1299 Pennsylvania Avenue
Washington, D.C. 20004
Email: dmills@cooley.com
*Admitted Pro Hac Vice*

**COOLEY, LLP**
**Mazda K. Anita, Esq.**
4401 Eastgate Mall
San Diego, CA 92121
Email: mantia@cooley.com
*Admitted Pro Hac Vice*

      */s/ Coleman Watson*
      Coleman W. Watson, Esq.

NOTICE OF MEDIATION- 3
Case No.:  6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688