## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Middle**

Case Number: 6:16-CV-00970-RBD-TBS   Court Date: 11/3/2017  10:00 am

Plaintiff:
**BARBARA BERNIER**

vs.

Defendant:
**INFILAW CORPOARTION; CHARLOTTE SCHOOL OF LAW, LLC**


LIN2017006879

For:
Coleman W. Watson
Watson LLP
189 South Orange Avenue
Suite 810
Orlando, FL 32801

Received by Lynx Legal Services to be served on **American Bar Association Attn: Jarisse J. Sanborn, Registered Agent, 321 North Clark Street, Chicago, IL 60654**.

I, Paul Gizel PSL#: 117-001119, being duly sworn, depose and say that on the **20th day of October, 2017** at **11:28 am**, I:

**CORPORATE** served by delivering a true copy of the **Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action and Exhibit "A"** with the date and hour of service endorsed thereon by me, to: **Michael Gadson** as **Law Office Manager** for **American Bar Association**, at the address of: **321 North Clark Street, Chicago, IL 60654**, and informed said person of the contents therein, in compliance with F.S. 48.081

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Black, Height: 5'9", Weight: 225, Hair: Black, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23 day of October, 2017 by the affiant who is personally known to me.

Joan C Harenberg
OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

Paul Gizel PSL#: 117-001119
Process Server

Lynx Legal Services
800 N. Magnolia Avenue
Suite 1500
Orlando, FL 32803
(407) 872-0707

Our Job Serial Number: LIN-2017006879
Ref: 16-0074

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g