UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA *EX
REL* BARBARA BERNIER,

        Plaintiff,

v.

INFILAW CORPORATION; and
CHARLOTTE SCHOOL OF LAW, LLC,

        Defendants.

Case No. 6:16-cv-970-Orl-37TBS

## ORDER

In the instant *qui tam* action, Plaintiff initiated suit against Defendants under the False Claims Act. (Doc. 1.) Defendants then filed a motion to dismiss on October 26, 2017. (Doc. 45 ("**Motion**").) Instead of responding to the Motion, Plaintiff filed an amended complaint. (Doc. 48.) This filing renders the Motion moot, so the Court finds that it is due to be denied as moot.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Dismiss of Defendants Infilaw Corporation and Charlotte School of Law, LLC (Doc. 45) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 13, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record