UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

    Plaintiffs,

v.                                      Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

    Defendants.

## ORDER

The Consent Motion of Defendants Infilaw Corporation and Charlotte School of Law, LLC for Extension of Time to Respond and for Leave to File Joint Motion to Dismiss in Excess of 25 Pages (Doc. 51), is **GRANTED**. Defendants have through December 4, 2017 to respond to Plaintiff's amended complaint. As their response, Defendants may file a joint motion to dismiss which shall not exceed 45 pages.

**DONE** and **ORDERED** in Orlando, Florida on November 17, 2017.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record