Leia V. Leitner, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
leia@watsonllp.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.*, BARBARA BERNIER,<br><br>    Plaintiff,<br><br>vs.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC,<br><br>    Defendants. | Case No.: 6:16-cv-00970-RBD-TBS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Relator, BARBARA BERNIER, by and through her undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Defendants', INFILAW CORPORATION and CHARLOTTE SCHOOL OF LAW, LLC, Motion to Dismiss Relator's Amended Complaint and supporting Memorandum of Law ("Motion to Dismiss") (Doc. 53), up through and including December 22, 2017, and in support thereof, states as follows:

1. On December 4, 2017, Defendants filed their Motion to Dismiss with the Court, which sets the responsive deadline as December 18, 2017, pursuant to M.D. Fla. R. 3.01(b) of the Local Rules for the Middle District of Florida.

UNOPPOSED MOTION FOR EXTENSION- 1
Case No.: 6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

2. On December 11, 2017, Relator's Counsel conferred with Defendants' counsel in good faith to request a four (4) day extension to respond to Defendants' Motion to Dismiss.

3. Defendants are unopposed to Relator's request for a four (4) day extension to respond to Defendants' Motion to Dismiss.

4. No party will be prejudiced by this brief extension.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned hereby certifies that she has conferred with counsel for Defendants on December 11, 2017, regarding the request sought in the instant motion and that both parties agree to this relief sought herein.

**WHEREFORE,** Relator, BARBARA BERNIER, respectfully requests that this Court enter an order extending the time to respond to Defendants', INFILAW CORPORATION and CHARLOTTE SCHOOL OF LAW, LLC, Motion to Dismiss Relator's Amended Complaint and supporting Memorandum of Law, through December 22, 2017.

**DATED** on December 13, 2017.

        Respectfully submitted,

        */s/ Leia V. Leitner*
        **Coleman W. Watson, Esq.**
        Florida Bar. No. 0087288
        California Bar No. 266015
        Georgia Bar No. 317133
        New York Bar No. 4850004
        Email: coleman@watsonllp.com

UNOPPOSED MOTION FOR EXTENSION- 2
Case No.: 6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

docketing@watsonllp.com
**Alberto T. Montequin, Esq.**
Florida Bar No. 0093795
Email: ronika@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar. No. 0105621
Email: leia@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Relator,*
BARBARA BERNIER

UNOPPOSED MOTION FOR EXTENSION- 3
Case No.:  6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 13, 2017, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

**LAW OFFICES OF MARK L. HORWITZ, P.A.**
**Vincent A. Citro, Esq.**
17 East Pine Street
Orlando, FL 32801
Email: vince@mlhorwitzlaw.com

**COOLEY, LLP**
**David Mills, Esq.**
1299 Pennsylvania Avenue
Washington, D.C. 20004
Email: dmills@cooley.com
*Admitted Pro Hac Vice*

**COOLEY, LLP**
**Mazda K. Anita, Esq.**
4401 Eastgate Mall
San Diego, CA 92121
Email: mantia@cooley.com
*Admitted Pro Hac Vice*

                                */s/ Leia V. Leitner*
                                Leia V. Leitner, Esq.

UNOPPOSED MOTION FOR EXTENSION- 4
Case No.:  6:16-cv-00970-RBD-TBS

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688