UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

    Plaintiffs,

v.                                            Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

    Defendants.

## ORDER

The Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. 54), is **GRANTED**. Relator Barbara Bernier has through December 22, 2017 to respond to Defendants' motion to dismiss the amended complaint.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record