IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BARBARA BERNIER, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 6:16-cv-00970-RBD-TBS |
| v. | )<br>) |
| INFILAW CORPORATION, a Florida Corporation, and CHARLOTTE SCHOOL OF LAW, LLC, a foreign limited liability company, | )<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS INFILAW CORPORATION AND CHARLOTTE SCHOOL OF LAW, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants InfiLaw Corporation and Charlotte School of Law, LLC ("Defendants") file this Notice of Supplemental Authority to bring to the Court's attention several decisions issued since the briefing closed on Defendants' Motion to Dismiss Plaintiff Barbara Bernier's Amended Complaint (Dkt. No. 53), and which are pertinent to the Court's determination thereof:

- *U.S. ex rel. Stepe v. RS Compounding LLC*, 2018 WL 355151 (M.D. Fla. Jan. 10, 2018) (dismissing relator's complaint because allegations about claims submitted to the government were "overly vague," she failed to identify any "specific claims" or false records or statements, and allegations about billing

1

practices relied on her status as an "insider" but contained no indicia of reliability about the billing department);

- *U.S. ex rel. Ruckh v. Salus Rehabilitation, LLC*, 2018 WL 375720 (M.D. Fla. Jan. 11, 2018) (entering judgment as matter of law for defendants and addressing Supreme Court's decision in *Universal Health Services, Inc. v. Escobar*, 136 S. Ct. 1989 (2016));

- *U.S. ex rel. Greenfield v. Medco Health Solutions, Inc.*, 2018 WL 473158 (3d Cir. Jan. 19, 2018) (affirming summary judgment for defendant where relator failed to link allegedly fraudulent scheme to specific false claim submitted to government);

- *U.S. ex rel. Chase v. HPC Healthcare, Inc.*, 2018 WL 526039 (11th Cir. Jan. 24, 2018) (affirming dismissal where, "although [she] details a scheme, her complaint does not include specific examples of the conduct she describes or allege the submission of any specific fraudulent claim.  Nor does [relator] allege the basis of her knowledge of the defendants' fraudulent billing practices—a process she was far removed from"); and

- *U.S. ex rel. Petrowski v. Epic Sys. Corp.*, 2018 WL 1027147 (M.D. Fla. Feb. 6, 2018) (dismissing relator's complaint for "fail[ing] the most basic test for Rule 9(b) particularity" where it provided no specifics "about the alleged representation, like whether it was oral or written, what it consisted of, who made it and to whom, when it was made, where it was made, what claim was

actually submitted to [the government], by whom it was submitted, or when it was submitted" and failing to establish her basis for personal knowledge).

Dated: February 27, 2018

Respectfully submitted,

/s/ David E. Mills
**David E. Mills, Esq.**
**COOLEY LLP**
1299 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: dmills@cooley.com
*Trial Counsel*

**Mazda K. Antia, Esq.**
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Tel: 858-550-6000
Fax: 858-550-6420
Email: mantia@cooley.com

**Vincent A. Citro, Esq.**
Florida Bar. No. 0468657
**LAW OFFICES OF MARK L. HORWITZ, P.A.**
17 East Pine Street
Orlando, FL 32801
Tel: (407) 843-7733
Fax: (407) 849-1321
Email: vince@mlhorwitzlaw.com

*Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Wilmington, DE  19808

*Counsel for Plaintiff Barbara Bernier*


Jeremy Ronald Bloor
US Attorney's Office
Suite 3100
400 W Washington St
Orlando, FL 32801

*Counsel for United States of America*

/s/ David E. Mills
David E. Mills, Esq.
*Counsel for Defendants*