UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
BARBARA BERNIER,

    Plaintiffs,

v.                                            Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION and
CHARLOTTE SCHOOL OF LAW, LLC,

    Defendants.

## ORDER

This matter comes before the Court on Defendants' Motion for Court Order Allowing Defendants to Release Education Records Under the Family Educational Rights and Privacy Act ("FERPA") (Doc. 67). Pursuant to M.D. Fla. R. 3.01(g), counsel for Defendants represents that Plaintiffs' attorney has been contacted and has no objection to the requested relief (Id. at ¶ 6). I have considered the motion and the parties' confidentiality agreement attached thereto (Doc. 67-1) and find that the agreement sufficiently protects the student education records and/or personally identifiable information sought in the discovery request. Therefore, the motion is **GRANTED**.

Pursuant to FERPA, 20 U.S.C. § 1232g, this Order **PERMITS** Defendants to release student education records to Plaintiffs' counsel pursuant to the procedures set forth in 20 U.S.C. § 1232g(b)(2)(b). Pursuant to the Confidentiality Agreement between the parties in this case, all documents that are subject to or protected under FERPA are considered "For Attorneys' Eyes Only Information" and the use or disclosure of such

information is limited by the Confidentiality Agreement and subject to the requirements of FERPA, 20 § 1232g and 34 C.F.R. Part 99.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record