**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* BARBARA BERNIER, <br><br> Plaintiff, <br><br> v. <br><br> INFILAW CORPORATION and <br> CHARLOTTE SCHOOL OF LAW, LLC, <br><br> Defendants. | Case No. 6:16-cv-00970-RBD-TBS |

**DEFENDANTS' AGREED MOTION FOR LEAVE TO SUPPLEMENT BRIEFING ON THE MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants InfiLaw Corporation ("InfiLaw") and Charlotte School of Law, LLC ("CSL") (collectively, "Defendants") move for leave to supplement their submissions on Defendants' Motion to Dismiss Plaintiff Barbara Bernier's ("Plaintiff") Amended Complaint (Dkt. No. 53) ("Motion"). In accordance with Local Rule 3.01(c)-(d), the Parties propose to file according to the briefing schedule set out below and to limit the supplemental briefs to no more than 10 pages per side, plus a reply brief of no more than five (5) additional pages. Counsel for Plaintiff has agreed to the relief requested herein.

On March 26, 2018, a *qui tam* False Claims Act ("FCA") lawsuit against the same Defendants named in this action (among others), *U.S. ex rel. O'Connor v. InfiLaw Corp., et al.*, No. 3:15-cv-01351-BJD-JBT, was unsealed in this Court. The *O'Connor* complaint had

been filed under seal on November 12, 2015. *Id*. at Dkt. 4.[1]  On March 26, 2018, the Court unsealed the *O'Connor* complaint along with a dismissal of the action. *Id*. at Dkt. 27. According to a document filed by the U.S. Government and unsealed in this (*Bernier*) action, *Bernier* and *O'Connor* are two of three "related qui tam cases" filed in this Court. *Bernier* Dkt No. 9.

Pursuant to the FCA, "[w]hen a person brings an action under [the *qui tam*] subsection, no person other than the government may intervene or bring a related action based on the facts underlying the pending action." 31 U.S.C. § 3730(b)(5). This "first-to-file" bar prevents a subsequent *qui tam* relator from filing a related case while the first-filed action is pending. *Kellogg Brown & Root Servs. v. U.S. ex rel. Carter*, 135 S. Ct. 1970, 1974 (2015). As the Court is aware, Plaintiff filed this action on June 6, 2016. The *O'Connor* complaint was filed several months earlier, November 12, 2015, and dismissed on March 26, 2018; thus it was pending at the time Plaintiff initiated this case, implicating the first-to-file bar. Plaintiff disagrees that the first-to-file bar applies to this case because the *O'Connor* case has been dismissed.

The Parties conferred and agreed to seek leave to submit supplemental briefs on whether the first-to-file bar should apply to this case, on the following proposed schedule: Defendants will submit a supplemental brief supporting their pending Motion of 10 pages or less by April 17, 2018 or seven days after the Court rules on this Agreed Motion (whichever is later); Plaintiff will file a responsive brief of 10 pages or less by April 24, 2018 or seven days after Defendants file their supplemental brief (whichever is later); and Defendants may

---

[1] The Complaint is included as Exhibit A for the Court's convenience.

submit a five-page reply by May 1, 2018 or five days after Plaintiff files her supplemental brief (whichever is later). The foregoing issues may also impact the Court's consideration of the Magistrate Judge's denial of Defendants' request for a stay of discovery pending a ruling on the Motion to Dismiss, as the Magistrate Judge's order relied in part on the likelihood of dismissal as well. *See* Dkt. 64.

For these reasons, the Parties respectfully seek leave to file supplemental briefing on the first-to-file issue created by *O'Connor*.

Dated: April 9, 2018                                  Respectfully submitted,

*/s/ David E. Mills*
**David E. Mills, Esq.**
**COOLEY LLP**
1299 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: dmills@cooley.com
*Trial Counsel*

**Mazda K. Antia, Esq.**
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Tel: 858-550-6000
Fax: 858-550-6420
Email: mantia@cooley.com

**Vincent A. Citro, Esq.**
Florida Bar. No. 0468657
**LAW OFFICES OF MARK L. HORWITZ, P.A.**
17 East Pine Street
Orlando, FL 32801
Tel: (407) 843-7733
Fax: (407) 849-1321
Email: vince@mlhorwitzlaw.com

*Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*

4

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on April 6, 2018, I conferred with counsel for Plaintiff regarding the foregoing motion requesting leave to supplement Defendants' Motion, and the Parties agreed to the briefing schedule explained above.

/s/ David E. Mills
David E. Mills, Esq.
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801

*Counsel for Plaintiff Barbara Bernier*


Jeremy Ronald Bloor
US Attorney's Office
Suite 3100
400 W Washington St
Orlando, FL 32801

*Counsel for United States of America*


                                                  */s/ David E. Mills*
                                                  David E. Mills, Esq.
                                                  *Counsel for Defendants*