UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, *ex rel.*
BARBARA BERNIER,

    Plaintiff,

v.

INFILAW CORPORATION; and
CHARLOTTE SCHOOL OF LAW, LLC,

    Defendants.

Case No. 6:16-cv-970-Orl-37TBS

### ORDER

Before the Court is Defendants' Rule 72(a) objection to an order entered by U.S. Magistrate Judge Thomas B. Smith (Doc. 62) denying Defendants' motion to stay discovery while the Court considered Defendants' motion to dismiss (Doc. 60). (Doc. 64 ("**Objection**").) As the Court has now resolved Defendants' motion to dismiss (Doc. 71), the Objection is moot and due to be overruled.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Objections to Magistrate Judge's Order Denying Motion to Stay Discovery (Doc. 64) is **OVERRULED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 23, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record