AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. BARBARA BERNIER; BARBARA BERNIER; and, ESE LOVE, *Plaintiff(s)* v. INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION, *Defendant(s)* | Civil Action No. 6:16-cv-00970-RBD-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Bar Association, d/b/a Accreditation Committee of the Section of Legal Education and Admissions to the Bar
Attn: Barry A. Currier, Managing Director, Accreditation and Legal Education
321 North Clark Street, 21st Floor
Chicago, IL 60654-7598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Coleman W. Watson, Esq.
189 South Orange Avenue,
Suite 810
Orlando, Florida 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/8/18

*(Signature of Clerk or Deputy Clerk)*