# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:16-CV-00970-RBD-TBS

Plaintiff:
**UNITED STATES OF AMERICA, EX REL. BARBARA BERNIER; BARBARA BERNIER; and, ESE LOVE**
vs.
Defendants:
**INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION**

MIC2018007065

For: Coleman Watson
Watson LLP

Received by EAGLE LEGAL SERVICES on the 9th day of May, 2018 at 10:30 am to be served on **American Bar Association, d/b/a Accreditation Committee of the Section of Legal Education and Admissions to the Bar, Attn: Barry A. Currier, Managing Director, Accreditation and Legal Education, 321 North Clark Street, 21st Floor, Chicago, IL 60654-7598.** I, Michael Mitchell, being duly sworn, depose and say that on the 10 day of May, 2018 at 12:41 p.m., executed service by delivering a true copy of the **21-Day Summons in a Civil Action, Second Amended Complaint (Jury Trial Demanded) and Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, who does reside therein who is 15 years old of age or older.

(X) CORPORATE SERVICE: By serving Michael L Godson as Law Office Manager.

( ) POSTED SERVICE: After attempting service on ___/___ at ___ and on ___/___ at ___ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

194701

## AFFIDAVIT OF SERVICE For 6:16-CV-00970-RBD-TBS

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that I have read the Foregoing Return of Service and that the facts stated in it are true. F.S.92.525(2).

Subscribed and Sworn to before me on the 14 day of May, 2018 by the affiant who is personally known ✓ or produced identification _____ to me. Type of identification:

_____
NOTARY PUBLIC

OFFICIAL SEAL
ALLISON HAWKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/24/19

Commission Stamp/Seal

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

EAGLE LEGAL SERVICES
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380

Our Job Serial Number: 2018007065
Ref: 16-0074

194701