IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BARBARA BERNIER; BARBARA BERNIER; and ESE LOVE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION, d/b/a COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR; and AMERICAN BAR ASSOCIATION, d/b/a ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR,<br><br>　　　　　Defendants. | Case No. 6:16-cv-00970-RBD-TBS |

**CONSENT MOTION OF DEFENDANTS INFILAW CORPORATION AND CHARLOTTE SCHOOL OF LAW, LLC FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND FOR LEAVE TO FILE JOINT MOTION TO DISMISS IN EXCESS OF 25 PAGES**

Defendants InfiLaw Corporation ("InfiLaw") and Charlotte School of Law, LLC ("CSL"), through counsel, pursuant to Local Rule 3.01, and with the consent of Plaintiffs, respectfully move the Court to extend the time for response to the Second Amended Complaint ("SAC") until June 4, 2018 (three court days from the current response deadline), for leave to submit one combined Motion to Dismiss the SAC, and to allow that Motion to be up to 45 pages. In support Defendants state:

　　1.　　On May 7, 2018, Relator filed a Second Amended Complaint ("SAC"). Dkt. 73. Relator added two new plaintiffs to the case: herself (as an individual) and Ese Love, both

proceeding as non-relators (the "Individual Plaintiffs"). The SAC also names two new American Bar Association ("ABA") entities as defendants.

2. Defendants' response to the SAC is due May 30, 2018, pursuant to an Order the Court issued on May 22, 2018. (The Order denied Defendants' previous request for an extension to July 16, 2018.) Dkt. 82. Following and in light of that Order, the parties conferred and have agreed that InfiLaw and CSL can have until June 4, 2018 (three Court days from the current May 30th deadline) to file a combined Motion to Dismiss the SAC of no more than 45 pages. Allowing this modest extension will allow InfiLaw and CSL to prepare their Motion to Dismiss free of conflicts their counsel have with other work and vacation commitments. Accordingly, InfiLaw and CSL respectfully move for the Court to enter an Order consistent with the parties' agreement.

3. The facts and events alleged in the SAC about InfiLaw and CSL are highly intertwined, as are the legal issues underlying their requests for dismissal. Therefore, as with their previous Motions to Dismiss, InfiLaw and CSL believe that a Joint Motion to Dismiss is the most efficient way to present their arguments. This Court has previously granted this request. *See* Dkt. 42 and 52. Thus, instead of filing two separate motions to dismiss and supporting memoranda under the Local Rules' 25-page limitation (Loc. R. 3.01(a)), Defendants request permission to file a single Joint Motion of no more than 45 pages.

Therefore, InfiLaw and CSL move the Court to enter an Order (a) extending the time to respond to the SAC until June 4, 2018, (b) allowing them to file a joint Motion to Dismiss and Supporting Memorandum of Law, and (c) to permit that Motion to be up to 45 pages.

Dated: May 23, 2018

Respectfully submitted,

*/s/ David E. Mills*
**David Mills, Esq.**
**COOLEY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: dmills@cooley.com

**Mazda K. Antia, Esq.**
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420
Email: mantia@cooley.com

**Vincent A. Citro, Esq.**
Florida Bar. No. 0468657
**LAW OFFICES OF MARK L. HORWITZ, P.A.**
17 East Pine Street
Orlando, FL 32801
Tel: (407) 843-7733
Fax: (407) 849-1321
Email: vince@mlhorwitzlaw.com

*Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801

*Counsel for Relator and Plaintiffs*


Jeremy Ronald Bloor
U.S. Attorney's Office
Suite 3100
400 W. Washington St.
Orlando, FL 32801

*Counsel for United States of America*

I further hereby certify that on May 23, 2018, I also served the following non-ECF participant, via U.S. mail, First Class and postage prepaid, addressed as follows:

American Bar Association
Attn: Barry A. Currier
321 North Clark Street, 21st Floor
Chicago, IL 60654-7598

                                         */s/ David E. Mills*
                                         David E. Mills
                                         *Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*