UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
BARBARA BERNIER and ESE LOVE,

    Plaintiffs,

v.                                              Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION, CHARLOTTE
SCHOOL OF LAW, LLC, AMERICAN
BAR ASSOCIATION and AMERICAN
BAR ASSOCIATION,

    Defendants.

## ORDER

The Consent Motion of Defendants Infilaw Corporation and Charlotte School of Law, LLC for Extension of Time to Respond to Second Amended Complaint and for Leave to File Joint Motion to Dismiss in Excess of 25 Pages (Doc. 83), is **GRANTED**. These Defendants have through June 4, 2018 to file a combined motion to dismiss Plaintiff's Second Amended Complaint of no more than 45 pages.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties