UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
BARBARA BERNIER and ESE LOVE,

   Plaintiffs,

v.                                         Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION, CHARLOTTE
SCHOOL OF LAW, LLC, AMERICAN
BAR ASSOCIATION and AMERICAN
BAR ASSOCIATION,

   Defendants.

## ORDER

Defendant American Bar Association's Motion for Extension of Time to File Response to Complaint (Doc. 85), is **DENIED as moot**. The ABA filed its motion to dismiss on May 31, 2018 (Doc. 86).

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

   Counsel of Record
   Unrepresented Parties