# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BARBARA BERNIER; BARBARA BERNIER; and ESE LOVE<br><br>Plaintiffs,<br><br>v.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION, d/b/a COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR; and AMERICAN BAR ASSOCIATION, d/b/a ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR<br><br>Defendants. | Case no. 6:16-CV-00970-RBD-TBS |

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Defendants American Bar Association Council of the Section of Legal Education and Admissions to the Bar (the "Council"), and American Bar Association Accreditation Committee of the Section of Legal Education and Admissions to the Bar (the "Committee") (collectively "the ABA") hereby disclose the following pursuant to the Court's Order on Interested Persons and Corporate Disclosure Statement.

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded

companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

> **The American Bar Association;**
> **The American Bar Association Accreditation Committee of the Section of Legal Education and Admissions to the Bar; and**
> **The American Bar Association Council of the Section of Legal Education and Admissions to the bar.**

**The ABA's counsel in this matter are Johanna W. Clark of the law firm Carlton Fields Jordan Burt P.A.; and Anne E. Rea, Tacy F. Flint, Steven J. Horowitz, and Benjamin I. Friedman of the law firm Sidley Austin LLP.**

**Other persons or entities interested in the outcome of this case include each of the parties named as Plaintiffs or Defendants and their respective counsel, which include:**

**Defendants**

**InfiLaw Holding, LLC;**
**InfiLaw Corporation, a wholly owned subsidiary of InfiLaw Holding, LLC and parent corporation for the following entities:**

> **Charlotte School of Law, LLC**
> **CSOL Holding, LLC**
> **Arizona Summit Law School, LLC**
> **Florida Coastal School of Law, Inc.**
> **Inspiras Management Services, LLC**
> **Inspiras Marketing Services, LLC**

**Counsel for Defendants InfiLaw Corporation and Charlotte School of Law LLC include Vincent A. Citro of the Law Offices of Mark L. Horowitz P.A.; and David Mills and Mazda K. Antia of Cooley LLP.**

**Plaintiffs**

**Barbara Bernier**
**Ese Love**

**Counsel for Plaintiffs Bernier and Love include Coleman W. Watson, Leia Villasenor Leitner, and Ronika Julleen Carter of the law firm Watson LLP.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **United States of America**
    **Barbara Bernier**
    **Ese Love**

5. Check one of the following:

**X**    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

        **-or-**

____I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

**DATED: June 11, 2018**

    Respectfully submitted,

    */s/ Johanna W. Clark*
    Johanna W. Clark
    Florida Bar No. 196400
    **CARLTON FIELDS JORDEN BURT P.A.**
    450 S. Orange Ave., Suite 500
    Orlando, Florida 32801
    Telephone: (407) 244-8257

        Facsimile: (407) 648-9099
        Email: jclark@carltonfields.com

        Anne E. Rea (IL 6188384)*
        area@Sidley.com
        Tacy F. Flint (IL 6284806)*
        tflint@Sidley.com
        Steven Horowitz (IL 6307861)*
        shorowitz@Sidley.com
        Benjamin I. Friedman (IL 6317623)*
        **SIDLEY AUSTIN LLP**
        One South Dearborn
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036
        *\* Pro hac vice applications forthcoming*

## **CERTIFICATE OF SERVICE**

        I CERTIFY that on June 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              */s/ Johanna W. Clark*
                              Attorney

115019014.1