# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BARBARA BERNIER; BARBARA BERNIER; and ESE LOVE<br><br>Plaintiffs,<br><br>v.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION, d/b/a COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR; and AMERICAN BAR ASSOCIATION, d/b/a ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR<br><br>Defendants. | Case no. 6:16-CV-00970-RBD-TBS |

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  X    IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than eleven days after appearance of the party.

**DATED: June 12, 2018**                   Respectfully submitted,

*/s/ Johanna W. Clark*
Johanna W. Clark
Florida Bar No. 196400

115020554.1

**CARLTON FIELDS JORDEN BURT P.A.**
450 S. Orange Ave., Suite 500
Orlando, Florida  32801
Telephone: (407) 244-8257
Facsimile: (407) 648-9099
Email: jclark@carltonfields.com

Anne E. Rea (IL 6188384)*
area@Sidley.com
Tacy F. Flint (IL 6284806)*
tflint@Sidley.com
Steven Horowitz (IL 6307861)*
shorowitz@Sidley.com
Benjamin I. Friedman (IL 6317623)*
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
* *Pro hac vice applications forthcoming*

## CERTIFICATE OF SERVICE

I CERTIFY that on June 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Johanna W. Clark*
Attorney