**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BARBARA BERNIER; BARBARA BERNIER; and ESE LOVE<br><br>Plaintiffs,<br><br>v.<br><br>INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION, d/b/a COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR; and AMERICAN BAR ASSOCIATION, d/b/a ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR<br><br>Defendants. | Case no. 6:16-CV-00970-RBD-TBS |

**UNOPPOSED MOTION OF BENJAMIN I. FRIEDMAN TO APPEAR *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT <u>PURSUANT TO LOCAL RULE 2.02</u>**

Pursuant to Rule 2.02(a) of the Local Rules of the Middle District of Florida, Benjamin I. Friedman hereby files this Motion to Appear *pro hac vice* and Written Designation and Consent to Act. Mr. Friedman seeks permission to be specially admitted to participate in the above-captioned case on behalf of Defendants American Bar Association Council of the Section of Legal Education and Admissions to the Bar (the "Council"), and American Bar Association Accreditation Committee of the Section of Legal Education and Admissions to the Bar (the "Committee") (collectively "the ABA").

1. Benjamin Friedman is an attorney with the law firm Sidley Austin LLP, One South Dearborn Street, Chicago, IL, 60603, Telephone (312) 853-7841, Facsimile (312) 853-7036, and email benjamin.friedman@sidley.com.

2. Benjamin Friedman is a member in good standing and eligible to practice before the United States District Court for the Northern District of Illinois, among other federal courts.

3. Benjamin Friedman is not a resident of, nor is he regularly employed or engaged in business, professional, or other activities in the State of Florida. Benjamin Friedman has not made frequent or regular appearances in separate cases as to constitute the practice of law in the State of Florida. Within the past 365 days, Mr. Friedman has not appeared in any case pending in the State of Florida.

4. Based on the foregoing, Mr. Friedman has not abused the privilege of appearing in Florida courts.

5. Benjamin Friedman has received and is familiar with the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.02 governing Special Admission to Practice, and Rule 2.04 governing Discipline. Benjamin Friedman has also received and is familiar with the Florida Rules of Professional Conduct and other ethical limitations or requirements governing the professional behavior of the members of the Florida Bar.

6. Benjamin Friedman is not currently suspended or disbarred in any court, and there are no disciplinary or suspension proceedings pending against Benjamin Friedman in any Court of the United States or of any State, Territory, or Possession of the United States.

7.      Johanna W. Clark, a member of good standing of the bar of this Court, and a resident of Florida has consented to act as local counsel for the ABA.

8.      All notices and papers may be served on Johanna W. Clark, and Johanna W. Clark will be responsible for the progress of this case on behalf of the ABA. In the absence of Benjamin Friedman as trial counsel, Johanna W. Clark, as local counsel, will try the case for the ABA.

9.      Benjamin Friedman has completed the form entitled "Special Admission Attorney Certification" required by this Court and will mail an Attorney Special Admission fee in the amount of $150.00 to the Clerk of the United States District Court for the Middle District of Florida as soon as possible.

10.     Benjamin Friedman has obtained (or pending approval of the *pro hac* application will obtain) a login and password necessary to participate in the Middle District of Florida Case Management/Electronic Case Filing (CM/ECF) system.

**DATED:  June 12, 2018**

Respectfully submitted,

*/s/ Benjamin I. Friedman*
Benjamin I. Friedman (IL 6317623)
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone No.  (312) 853-7000
Facsimile No.  (312) 853-7036

Attorney for Defendants American Bar Association Council of the Section of Legal Education and Admissions to the Bar and American Bar Association Accreditation Committee of the Section of Legal Education and Admissions to the Bar

115021417.1

**CONSENT OF DESIGNEE AND CERTIFICATION OF COMPLIANCE**

**I HEREBY CONSENT** to the designation and understand my obligations pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida and **HEREBY CERTIFY** that the non-resident attorney will mail the Attorney Special Admission fee in the amount of $150.00 as soon as possible and complied (or will comply) with the e-mail registration requirements necessary to practice law in the United States District Court for the Middle District of Florida.

**DATED: June 12, 2018**

Respectfully submitted,

*/s/ Johanna W. Clark*
JOHANNA W. CLARK
     Florida Bar Number 196400
Carlton Fields Jorden Burt, PA
CNL Center at City Commons
450 S. Orange Avenue
Suite 500
Orlando, Florida 32801-3370
Telephone:    407.849.0300
Facsimile:     407.648.9099
Email:   jclark@carltonfields.com

115021417.1

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida counsel for the ABA has conferred with Plaintiffs' counsel. Plaintiffs do not object to the relief requested herein.

*/s/ Johanna W. Clark*
Attorney

**CERTIFICATE OF SERVICE**

I CERTIFY that on June 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Johanna W. Clark*
Attorney

115021417.1