UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
BARBARA BERNIER and ESE LOVE,

    Plaintiffs,

v.                                                  Case No:   6:16-cv-970-Orl-37TBS

INFILAW CORPORATION, CHARLOTTE
SCHOOL OF LAW, LLC, AMERICAN
BAR ASSOCIATION and AMERICAN
BAR ASSOCIATION,

    Defendants.

## ORDER

This case comes before the Court without a hearing on the following motions:

- Unopposed Motion of Anne E. Rea to Appear *Pro Hac Vice* and Written Designation and Consent to Act Pursuant to Local Rule 2.02 (Doc. 92);

- Unopposed Motion of Steven J. Horowitz to Appear *Pro Hac Vice* and Written Designation and Consent to Act Pursuant to Local Rule 2.02 (Doc. 93);

- Unopposed Motion of Tacy F. Flint to Appear *Pro Hac Vice* and Written Designation and Consent to Act Pursuant to Local Rule 2.02 (Doc. 94); and

- Unopposed Motion of Benjamin I. Friedman to Appear *Pro Hac Vice* and Written Designation and Consent to Act Pursuant to Local Rule 2.02 (Doc. 95).

The Court has reviewed the motions and finds that Ms. Rea, Mr. Howowitz, Ms. Flint and Mr. Friedman meet the requirements of M.D. FLA. R. 2.02(a). Accordingly, the motions are **GRANTED** and these attorneys are admitted to appear *pro hac vice* on behalf of Defendants American Bar Association Council of the Section of Legal Education and Admissions to the Bar and the American Bar Association Accreditation Committee of

the Section of Legal Education and Admissions to the Bar. Ms. Rea, Mr. Howowitz, Ms. Flint and Mr. Friedman are affiliated with Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). Within ten days of the date of this Order, Ms. Rea, Mr. Howowitz, Ms. Flint and Mr. Friedman shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.[1]

Attorneys appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. FLA. R. 2.02(c).

Attorney Johanna W. Clark, a member of the bar of this Court with offices at 450 South Orange Avenue, Suite 500, Orlando, Florida 32801-3370 has consented to the designation of local counsel. She shall accept service of all notices and papers on behalf of the ABA Defendants and is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on June 13, 2018.

THOMAS B. SMITH
United States Magistrate Judge

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

Copies furnished to:

    Counsel of Record
    Unrepresented Parties