# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BARBARA BERNIER; BARBARA BERNIER; and ESE LOVE, <br><br> Plaintiffs, <br><br> v. <br><br> INFILAW CORPORATION; CHARLOTTE SCHOOL OF LAW, LLC; AMERICAN BAR ASSOCIATION, d/b/a COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR; and AMERICAN BAR ASSOCIATION, d/b/a ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, <br><br> Defendants. | Case No. 6:16-cv-00970-RBD-TBS |

**INFILAW CORPORATION AND CHARLOTTE SCHOOL OF LAW, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 3.01(c) and (d), Defendants InfiLaw Corporation ("InfiLaw") and Charlotte School of Law, LLC ("CSL") (collectively, "Defendants") move for leave to file a five-page reply in support of Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 88) ("Motion"). Plaintiff Barbara Bernier does not oppose this request. Defendants request seven days to submit the reply.

A reply will benefit the Court for three reasons. First, Bernier's Opposition to Defendants' Motion, Dkt. No. 98 ("Opposition" or "Opp."), asserts several new arguments against the False Claims Act's ("FCA") first-to-file bar that Defendants could not anticipate in their opening brief because she cites outdated and out-of-circuit authority, untenable hypotheticals, and minority positions that have been rejected—for good reason—by most other courts. Specifically, the Opposition mischaracterizes Defendants' application of *Kellogg Brown & Root Services Inc. v. U.S. ex rel. Carter*, 135 S. Ct. 1970 (2015), as well as its holding and significance (Opp. at 4-5 & n.5); urges the Court to misapply *Rockwell International Corp. v. United States*, 549 U.S. 457 (2007) related to the actual date this action and *U.S. ex rel. Lorona v. InfiLaw Corp.*, Case No. 3:15-cv-00959-MMH-JRK (M.D. Fla.) were "brought" when applying the first-to-file bar (Opp. at 5-7); and relies upon exceptions to the first-to-file bar that have been invalidated by amendments to the FCA and rejected by most courts (*id.* at 7-11). Defendants' reply will demonstrate these errors and help the Court resolve these issues correctly and efficiently. Defendants have not had an opportunity to address these arguments, as the earlier filed actions were not unsealed until after Defendants' previous Motion to Dismiss was fully briefed, and Bernier did not raise these arguments during the pre-motion conference.

Second, several aspects of Plaintiff's arguments regarding an FCA relator's pleading obligations are incorrect. Among other things, Plaintiff muddles Defendants' arguments about the program participation agreements (Opp. at 12-13), and conflates the showing needed for the element of scienter with the type of knowledge, or alternative indicia of reliability, a relator must demonstrate to survive a motion to dismiss (*id.* at 13-19). Defendants' reply will correct

these errors and explain why Bernier's arguments do not resolve the deficiencies in her pleadings.

Finally, Defendants' reply will help the Court correctly rule on Plaintiff's new common law claims.[1] Bernier contests the dates her claims accrued, but fails to show that her proposed alternative dates would fall within the statute of limitations (Opp. at 19-20). Defendants should have an opportunity to demonstrate that Bernier's claims are still time-barred, even if her accrual arguments are correct. For these reasons, Defendants respectfully request leave to file a five-page reply.

| | |
|---|---|
| Dated: June 26, 2018 | Respectfully submitted,<br><br>/s/ Mazda K. Antia<br>**Mazda K. Antia, Esq.**<br>**COOLEY LLP**<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Tel: 858-550-6000<br>Fax: 858-550-6420<br>Email: mantia@cooley.com<br><br>**David E. Mills, Esq.**<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004<br>Tel: (202) 842-7800<br>Fax: (202) 842-7899<br>Email: dmills@cooley.com<br>*Trial Counsel* |

---

[1] To the extent Plaintiff Ese Love now contends she has asserted claims against Defendants, Defendants should also have the opportunity to rebut that argument. *See* Opp. at 20-21 ("Bernier and Love timely asserted counts IV and V with leave of court.").

                    **Vincent A. Citro, Esq.**
                    Florida Bar. No. 0468657
                    **LAW OFFICES OF HORWITZ**
                    **& CITRO, P.A.**
                    17 East Pine Street
                    Orlando, FL 32801
                    Tel: (407) 843-7733
                    Fax: (407) 849-1321
                    Email: vince@horwitzcitrolaw.com

*Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*

4

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on June 22, 2018, I conferred with counsel for Plaintiff regarding the foregoing motion, and Plaintiff agreed that the reply requested here should be permitted.

*/s/ Mazda K. Antia*
Mazda K. Antia, Esq.

*Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801

*Counsel for Relator and Plaintiffs*

Johanna W. Clark
Florida Bar No. 196400
Carlton Fields Jorden Burt P.A.
450 S. Orange Ave., Suite 500
Orlando, FL 32801

*Counsel for Defendants American Bar Association Council of the Section of Legal Education and Admissions to the Bar and American Bar Association Accreditation Committee of the Section of Legal Education and Admissions to the Bar*

Jeremy Ronald Bloor
US Attorney's Office
Suite 3100
400 W Washington St
Orlando, FL 32801

*Counsel for United States of America*

                                                          /s/ Mazda K. Antia
                                                          Mazda K. Antia, Esq.

                                                          *Counsel for Defendants InfiLaw Corporation and Charlotte School of Law, LLC*